# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 1:22-cv-10177-RGS**

JOHN L. McCULLOUGH, III,

     Plaintiff,

v.

OFFICER SCOTT ROBY (personal capacity) and
OFFICER FRANK WOODS (personal capacity)

     Defendants.

## DEFENDANTS' PROPOSED YOUTUBE RELATED EXHIBITS

Pursuant to the Court's order, Defendants, Scott Roby and Frank Woods ("Defendants"), submit the following list of proposed exhibits[1] related to Plaintiff, John L McCullough's ("Plaintiff") YouTube channel. (See ECF 122.) Defendants intend to offer the following:

D.  Plaintiff's YouTube Channel "The Resistance" Homepage with Biography

E.  Plaintiff's YouTube Video titled "Cops Take a Stroll Once the Cameras Roll (First Amendment Boston Audits)"

F.  Plaintiff John McCullough's YouTube video titled "Providence R.I Live Arrest (First Amendment Providence R.I Audits)"

G.  Plaintiff John McCullough's YouTube Video at Massachusetts General Hospital

H.  Plaintiff John McCullough's YouTube Live Stream at Massachusetts General Hospital

---

[1] Defendants have identified the exhibits as the corresponding letter assigned to the exhibit on the disputed exhibit list. (See ECF 102.)

Defendants also intend to use Exhibit 2 from the Parties' Joint Updated Exhibit List (ECF No. 124). This exhibit has been stipulated to by the parties and is not one of the exhibits referenced in Plaintiff's Motion in Limine to Exclude Evidence of Plaintiff's YouTube Homepage Biography and All Videos Not Containing Footage of Either of the Defendants (ECF No. 113).

Respectfully submitted,

DEFENDANTS
SCOTT ROBY and FRANK WOODS,

By their attorney:
ADAM N. CEDERBAUM
Corporation Counsel

/s/ Bridget I. Davidson
Edward F. Whitesell, Jr. (BBO#644331)
Senior Assistant Corporation Counsel
Bridget I. Davidson (BBO#710244)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4045 (Whitesell)
(617) 635-3238 (Davidson)
edward.whitesell@boston.gov
bridget.davidson@boston.gov

Dated: February 21, 2024

### CERTIFICATE OF SERVICE

I, Bridget I. Davidson, hereby certify that on February 21, 2024, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

/s/ Bridget I. Davidson
Bridget I. Davidson

2