✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF      MASSACHUSETTS

John L McCullough

V.

Scott Roby & Frank Woods

## EXHIBIT AND WITNESS LIST

Case Number:  22-cv-10177-RGS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Richard G. Stearns | O'Neill | Davidson & Whitesell |
| **TRIAL DATE (S)**<br>2/26/2024 - 2/28/2024 | **COURT REPORTER**<br>Zelinski / Leonard | **COURTROOM DEPUTY**<br>Timothy R. Maynard |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/26/2024 | | Yes | Video of 4/25/2020 Incident Filmed by Plaintiff John McCullough on Cell Phone |
| 2 | | 2/26/2024 | | Yes | Plaintiff's YouTube Video of Plaintiff and Officer Scott Roby's First Encounter |
| 3 | | 2/26/2024 | | Yes | Officer Francis Woods' Body Worn Camera Video Dated 4/25/2020 |
| 4 | | 2/26/2024 | | Yes | Photographs of Plaintiff |
| 5 | | 2/26/2024 | | Yes | Photograph of Officer Roby |
| WIT | | 2/26/2024 | | | Plaintiff calls witness John McCullough, Boston, MA |
| | 6 | 2/26/2024 | | Yes | Officer Scott Roby's Body Worn Camera Video Dated 04/25/2020 |
| 7 | | 2/26/2024 | | Yes | Plaintiff John McCullough's YouTube Video titled "Cops Take a Stroll Once The  Cameras Roll (Firs |
| | WIT | 2/27/2024 | | | Defendant calls witness Scott Roby, Boston Police Dept. |
| | WIT | 2/27/2024 | | | Defendant calls witness Lieutenant Thomas Brooks, Boston Police Dept. |
| | WIT | 2/27/2024 | | | Defendant calls witness Saquon Sparks-Clancy, Boston Police Dept. |
| | WIT | 2/27/2024 | | | Defendant calls witness Frank Woods, Boston Police Dept. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| | | VS. | | | CASE NO. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |