UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 22-10177-RGS

JOHN McCULLOUGH

v.

SCOTT ROBY and FRANK WOODS

February 28, 2024

## VERDICT SLIP

The following are the jury's unanimous answers to the special questions posed by the Court.

Q.1. Do you find by a preponderance of the evidence that Officer Scott Roby used unreasonable and excessive force in effecting the arrest of John McCullough on April 25, 2020, in violation of federal and state law?

A.1.   Yes _____ (Federal Law)

Yes _____ (State Law)

No  __✗__

Please answer Q.2.

Q.2. Do you find by a preponderance of the evidence that Officer Frank Woods failed to protect John McCullough from being subjected to

1

unreasonable and excessive force during his arrest on April 25, 2020, in violation of federal and state law?

 A.2. Yes _____(Federal Law)

    Yes _____(State Law)

    No   ✗

Please answer Q.3.

Q.3. Do you find by a preponderance of the evidence that Officer Scott Roby arrested John McCullough without probable cause on April 25, 2020, in violation of federal and state law?

 A.3. Yes _____(Federal Law)

    Yes _____(State Law)

    No   ✗

Please answer Q.4.

Q.4. Do you find by a preponderance of the evidence that Officer Scott Roby instituted a malicious prosecution of John McCullough without probable cause following his arrest on April 25, 2020 , in violation of federal law?

 A.4. Yes   ✗  No _____

Please answer Q.5.

Q.5. Do you find by a preponderance of the evidence that Officer Scott

Roby interfered with John McCullough's protected rights under the First Amendment on April 25, 2020, in violation of federal law?

A.5.   Yes _____   No __✗__

If the answer to any one or more of the above questions is "Yes," please answer Q.6.   If the answer to all the above questions is "No," you have reached a verdict.

Q.6.   What sum of money will fairly and reasonably compensate John McCullough for the violation of his civil right(s)?

A.6.   __Five thousand dollars 00/100__
(Amount in Words)

$ __5000.00__
(Amount in Figures)

Q.7.   If any damages are awarded in answer to Q. 6, please indicate the amount the jury awards against:

Officer Scott Roby   $ __5000.00__

Counts 1, Counts 3 – 5.

Officer Frank Woods   $ __0__

Count 2 only.

I certify that the foregoing answers are the unanimous answers of the jury.

_____
Foreperson

Dated: 2/28/2024